UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 9:13-88-1

DAVID VINCENT RHODES

## PLEA

The Defendant, DAVID VINCENT RHODES, acknowledges receipt of a copy of the Information and after arraignment pleads Guilty in open court.

_(Signed)_ Defendant

Charleston, South Carolina
February 4, 2013