IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 9:13-88 |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID VINCENT RHODES | ) | |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to Fed. R. Crim. P. 32.2 (b), The United States of America, by and through its undersigned Assistant United States Attorney, Stanley D. Ragsdale, moves this Court for the entry of a Preliminary Order of Forfeiture as to David Vincent Rhodes submitted herewith.

Respectfully Submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

BY: s/Stanley D. Ragsdale # 3197
Assistant United States Attorney
Attorney for the United States
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3078